DARIN D. SMITH
UNITED STATES ATTORNEY
PAIGE N. HAMMER (WY Bar # 7-5882)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
paige.hammer@usdoj.gov



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-CV-133-KHR |
| | ) | |
| 25 Firearms et al. | ) | |
| | ) | |
| Defendant. | ) | |

---

## UNITED STATES OF AMERICA'S VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

---

Plaintiff United States of America, by and through the United States Attorney for the District of Wyoming, and Assistant United States Attorney Paige N. Hammer, brings this verified complaint for forfeiture in a civil action *in rem*, in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure, against: 25 Firearms, two destructive devices with constituent components, and a silencer seized on November 12 and November 13, 2024 ("Defendant Property"). In support of this complaint, the United States alleges as follows:

### I.    NATURE OF ACTION AND THE DEFENDANTS IN REM

1.    The plaintiff is the United States of America[1]

---

[1] On April 11, 2024, in the Circuit Court of the 5th Judicial District of Park County a Stalking Order of Protection was filed for Respondent Randall Thomas Bailey to have no contact with his ex-wife Sara Bailey through April 11, 2027. Respondent was also ordered to not to possess any firearms or ammunition.

Defendant Property includes 25 Firearms, two destructive devices with constituent components, and a silencer seized from Randall Thomas Bailey's gold Chrysler van on November 12, 2024, and residence at 6 Musser Road, Cody, Wyoming 82414, and blue Chrysler van parked on the property, on November 13, 2024.

## II.    JURISDICTION AND VENUE

2.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1345, which provides the Court with jurisdiction over all civil actions commenced by the United States, and 28 U.S.C. § 1355, which provides the Court with jurisdiction over actions to recover or enforce forfeitures.

3.    This Court has *in rem* jurisdiction over the Defendant Property and venue pursuant to 28 U.S.C. § 1355(b)(1)(A) because the acts or omissions giving rise to the forfeiture took place in the District of Wyoming, and pursuant to 28 U.S.C. § 1395(b) because the property to be forfeited was found within the District of Wyoming.

4.    All property subject to forfeiture under this complaint was seized in Cody and Casper, Wyoming, within the District of Wyoming. As of the date of this action, the 25 Firearms, two destructive devices with constituent components, and a silencer remain in federal custody with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in Cheyenne, Wyoming. As set forth in Supplemental Rule G(3)(b)(i), the Clerk of Court must issue a warrant to arrest the Defendant Property if they are in the government's possession, custody, or control.

## III.    BASIS FOR FORFEITURE

5.    Plaintiff alleges the Defendant Property was (1) possessed by Randall Thomas Bailey, while Possessing a Firearm when Subject to a Court Order in violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(8), Possession of a Machine Gun in violation of 18 U.S.C. §§ 922(o) and Possession of an Unregistered Firearm in violation of 924(a)(2), and 26 U.S.C. § 5861(d). (2)

Randall Thomas Bailey pleaded guilty to Possession of Firearm by a Person Subject to a Court Order in violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(8), and Possession of an Unregistered Firearm in the District of Wyoming on October 9, 2025. Therefore, the Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

## IV.    FACTS GIVING RISE TO FORFEITURE

6.    On November 10, 2024, Cody Police Department (CPD) officers investigated Randall Thomas Bailey for violating an existing Stalking Order of Protection order[1] with his ex-wife when he was viewed on a security camera unlawfully entering her parked vehicle and stealing items from inside the vehicle. On November 12, 2024, the CPD obtained a search warrant for Bailey's gold Chrysler van. Officers located Bailey driving the gold van and arrested him for violating the Stalking Order of Protection. The vehicle search warrant was then executed, and Officers seized a loaded Ruger .357 revolver bearing serial number 150015683, that was hidden in a tee-shirt inside the rear quarter panel.

7.    On November 13, 2024, the CPD and Park County Sheriff's Department executed multiple Park County state search warrants for two of Bailey's vehicles and his residence at 6 Musser Road, Cody, Wyoming. The following items were seized, including but not limited to:

a Cobray pistol;

a silencer and two destructive devices;

a Glock .22 caliber pistol;

a Glock 9mm caliber pistol;

a Kel-Tec 9mm caliber pistol bearing serial number SAJ10;

a Kel-Tec 9mm caliber pistol bearing serial number SAJ19;

a Kel-Tec 9mm caliber pistol bearing serial number SAJ22;

a Kimber .280 caliber rifle;

a Remington .308 Win caliber rifle;

a Remington .223 Remington caliber rifle;

a Remington .308 Win caliber rifle bearing serial number RR43232F;

a Remington .308 Win caliber rifle bearing serial number RR55185F;

a Remington .308 Win caliber rifle bearing serial number RR93587B;

a Remington .243 Win caliber rifle;

a Remington 20-gauge shotgun;

a Ruger .22LR caliber rifle;

a Ruger .22 Hornet caliber rifle;

a Ruger .270 Win caliber rifle bearing serial number 785-94767;

a Ruger .270 Win caliber rifle bearing serial number 786-66290;

a Ruger .300 Win Mag caliber rifle;

a Savage Arms 20-gauge shotgun;

a Smith and Wesson 6.5 Creedmoor caliber rifle;

a Thompson/Center Arms 7-30 Waters caliber pistol,

a Remington .308 Win caliber rifle bearing serial number RR55185F,

a Remington .308 Win caliber rifle bearing serial number RR93587B,

a Ruger .357 caliber revolver bearing serial number 150-15683,

a Kofs Stevens 20-gauge shotgun bearing serial number 14F11067,

a Remington .223 caliber rifle bearing serial number C6852920,

a Remington .223 caliber rifle bearing serial number RR55185F,

a Remington .308 caliber rifle bearing serial number G6379254,

a Ruger .243 Win caliber rifle bearing serial num er 786-66290,

an Unknown manufacturer, model and caliber pistol bearing serial number 790001198,

a Remington Model 700 .243 caliber rifle bearing serial number E6794600,

a Ruger Model M77 .300 caliber bearing serial number 783-46930,

a Ruger Model M77 .22 caliber bearing serial number 720-44781,

a Romarm Model SAR-1 .762 caliber rifle bearing serial number 79845-03,

low explosive powders,

pyrotechnic fuses, and

various assorted ammunition.

8.     As part of the investigation, Special Agent Andrew St. John of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) was requested to participate in the investigation involving a suspected suppressor, destructive devices and a protection order prohibiting Randall Thomas Bailey from possessing firearms.

On July 16, 2025, Randall Thomas Bailey was charged in an Indictment for the District of Wyoming.  In the Indictment, Bailey was charged with a Four Counts; Counts One and Two: Possession of Firearm by a Person Subject to a Court Order, in violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(8); Count Three: Possession of a Machine Gun, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2); and Count Four: Possession of an Unregistered Firearm, in violation of 26 U.S.C. § 5861(d). The Indictment also contained a Forfeiture Notice that included any firearms and ammunition, involved in the commission of the offenses charged, including but not limited to, namely:

- a Cobray pistol,
- a silencer and two destructive devices,

- a Glock .22 caliber pistol,

- a Glock 9mm caliber pistol,

- a Kel-Tec 9mm caliber pistol bearing serial number SAJ10,

- a Kel-Tec 9mm caliber pistol bearing serial number SAJ19,

- a Kel-Tec 9mm caliber pistol bearing serial number SAJ22,

- a Kimber .280 caliber rifle,

- a Remington .308 Win caliber rifle,

- a Remington .223 Remington caliber rifle,

- a Remington .308 Win caliber rifle bearing serial number RR43232F,

- a Remington .308 Win caliber rifle bearing serial number RR55185F,

- a Remington .308 Win caliber rifle bearing serial number RR93587B,

- a Remington .243 Win caliber rifle,

- a Remington 20-gauge shotgun,

- a Romarm 7.62x39mm caliber rifle,

- a Ruger .22LR caliber rifle

- a Ruger .22 Hornet caliber rifle,

- a Ruger .270 Win caliber rifle bearing serial number 785-94767,

- a Ruger .270 Win caliber rifle bearing serial number 786-66290,

- a Ruger .300 Win Mag caliber rifle,

- a Ruger .357 caliber revolver,

- a Savage Arms 20-gauge shotgun,

- a Smith and Wesson 6.5 Creedmoor caliber rifle,

- a Thompson/Center Arms 7-30 Waters caliber pistol, and

- all ammunition seized.

9.      On October 6, 2025, Bailey entered into a plea agreement with the United States. (Doc. 47).  In the plea agreement, the Defendant agreed to plead guilty to Counts Two and Four, of the Indictment and consented to the forfeiture of (the "Subject Properties"), listed in the Indictment, and admitted that the Subject Properties were involved in the offenses charged in the Indictment, namely:

a silencer and two destructive devices,

a Glock .22 caliber pistol,

a Glock 9mm caliber pistol,

a Kel-Tec 9mm caliber pistol bearing serial number SAJIO,

a Kel-Tec 9mm caliber pistol bearing serial number SAJI9,

a Kel-Tec 9mm caliber pistol bearing serial number SAJ22,

a Kimber .280 caliber rifle,

a Remington .308 Win caliber rifle,

a Remington .223 Remington caliber rifle,

a Remington .308 Win caliber rifle bearing serial number RR43232F,

a Remington 20-gauge shotgun,

a Romarm 7.62x39mm caliber rifle,

a Ruger .22LR caliber rifle,

a Ruger .22 Hornet caliber rifle,

a Ruger .270 Win caliber rifle bearing serial number 785-94767,

a Ruger .300 Win Mag caliber rifle,

a Smith and Wesson 6.5 Creedmoor caliber rifle,

a Thompson/Center Arms 7-30 Waters caliber pistol, and

all ammunition seized.

10.    On October 9, 2025, Bailey pleaded guilty to Counts Two and Four of the Indictment. On October 15, 2025, the court filed a Preliminary Forfeiture Order for the Subject Properties for forfeiture under 18 U.S.C § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

11.    The following 25 Firearms, two destructive devices with constituent components, and a silencer (Defendant Property) were seized by Agent Andrew St. John for civil forfeiture:

(1)  a Kel-Tec, model PF-9, 9mm Luger caliber pistol, bearing serial number SAJ19,

(2)  Kel-Tec, model PF-9, 9mm Luger caliber pistol, bearing serial number SAJ22,

(3)  a Kel-Tec, model PF-9, 9mm Luger caliber pistol, bearing serial number SAJ10,

(4)  a Glock, model 44, .22 Long Rifle caliber pistol, bearing serial number AEFW953,

(5)  a Ruger, model Security-Six, .357 magnum caliber revolver, bearing serial number 150-15683,

(6)  a Smith & Wesson, model T/C Arms Compass, 6.5 Creedmoor caliber rifle, bearing serial number THT4968,

(7)  a Ruger, Model 10/22, .22 Long Rifle caliber rifle, bearing serial number 246-10785,

(8)  a Thompson Center Arms, model Super 14, 7-30 Waters caliber pistol, bearing serial number 34670,

(9)  a Remington, model 870 TAC-14, 20-gauge shotgun, bearing serial number RAF02221,

(10)   a Ruger, model M77 Mark II, .270 Winchester caliber rifle, bearing serial number 785-94767,

(11)   a Kofs, model Stevens 555, 20-gauge shotgun, bearing serial number 14F11067,

(12)    a Ruger; model M77 Mark II, .243 Winchester caliber rifle, bearing serial number 786-66290,

(13)    a Remington, model 700, .223 Remington caliber rifle, bearing serial number RR55184F,

(14)    a Remington, model 700, .243 Winchester caliber rifle, bearing serial number E6794600,

(15)    a Remington, model 700, .223 Remington caliber rifle, bearing serial number RR55185F,

(16)    a Remington, model 700, .308 Winchester caliber rifle, bearing serial number RR93578B,

(17)    a Remington, model 700, .308 Winchester caliber rifle, bearing serial number RR43232F,

(18)    a Remington, model 700, .223 Remington caliber rifle, bearing serial number C6852920,

(19)    a Ruger, model M77 Mark II, .300 Win Mag caliber rifle, bearing serial number 783-46930,

(20)    a Ruger, model All-Weather 77/22, .22 Hornet caliber rifle, bearing serial number 720-44781,

(21)    a Kimber, model 84L, .280 Ackley Improved caliber rifle, bearing serial number KAC101201,

(22)    a Remington, model 700, .308 Winchester caliber rifle, bearing serial number G6379254,

(23)    a Glock, model 17, 9x19 mm caliber pistol, bearing serial number ATG310,

(24)    a ROMARM/Cugir, model SAR-1, 7.62x39 mm caliber rifle, bearing serial number S1-79845-03,

(25)    an unknown commercial manufacturer and caliber pistol bearing serial number 790001198,

(26)    two Destructive Devices and all constituent components, and

(27)    a silencer.

Count One – Forfeiture

(18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c)).

12.    The United States incorporates by reference the allegations set forth in Paragraphs 1 to 13 above as if fully set forth herein.

13.    As required by Supplemental Rule G(2)(f), the facts set forth herein support a reasonable believe that the government will be able to meet its burden of proof at trial. Specifically, there exists probable cause to believe that the Defendant Property constitutes: (1) possession of firearms by a person subject to a court order; (2) possession of a machine gun; (3) possession of an unregistered firearm to which Bailey pleaded guilty to an Indictment for the District of Wyoming for Possession of Firearm by a Person Subject to a Court Order in violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(8), and to Possession of an Unregistered Firearm in violation of 26 U.S.C. § 5861(d).  Therefore, Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

**PRAYER FOR RELIEF**

WHEREFORE, the United States of America prays that notice issue on the Defendant Property as described above; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring that the Defendant

Property be forfeited to the United States for disposition according to law; and that the United States be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED this 13th day of April 2026.

DARIN D. SMITH
United States Attorney


By:  _____
Paige Hammer
Assistant United States Attorney

## VERIFICATION

I, Andrew St. John, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosive, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have read the foregoing Verified Complaint for Forfeiture *In Rem*, and that the Verified Complaint is based upon reports and information known to me and/or furnished to me by other law enforcement representatives and that everything represented herein is true and correct to the best of my knowledge and belief.

Executed on this 10th day of April 2026.


/s/ *Andrew St. John*
Special Agent Andrew St. John
Bureau of Alcohol, Tobacco, Firearms and Explosives